[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 27, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-10896
Non-Argument Calendar

_____

D. C. Docket No. 04-00478-CR-RWS-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM ELLIOTT HICKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 27, 2008)**

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Richard A. Grossman, appointed counsel for William Hicks, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Hicks's convictions and aggregate sentence are **AFFIRMED**.

Also, while counsel's motion to withdraw was pending, Hicks filed three motions to compel production of transcripts and other documents.  As neither the Federal Rules of Criminal Procedures nor the Federal Rules of Appellate Procedure authorize discovery on appeal, Hicks's motions are **DENIED**.